IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
JAN 19 2021
Clerk, U.S. District Court
By: _____ Deputy Clerk

URSULA LENHARDT (pro se)
489 S. East St., Mankato,
KS 66956
(Enter above the full name of the Plaintiff(s))

vs.

Case Number: 5:21-cv-04001-DDC-ADM

DEMOCRATIC PARTY HQ
Name
430 S. CAPITOL ST. SE
Street and number
WASHINGTON, DC 20003
City       State        Zip Code

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.  Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on an attached sheet of paper).

A.  Name of plaintiff  Ursula Lenhardt
    Address  489 S. East St. Mankato, 66956, KS

1

3/15

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.   Defendant _J. Biden, K. Harris, H. Clinton, Obama, E. Warren_ is

     employed at _Democratic Party, HQ et al 430 S. Capitol St. SE, Washington DC 20003_

C.   Additional Defendants _____

II.  Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.   (If Applicable) Diversity of citizenship and amount:

   1.   Plaintiff is a citizen of the State of _Kansas/Germany_

   2.   The first-named defendant above is either

        a.   a citizen of the State of _Washington_ or

        b.   a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

   3.   The second-named defendant above is either

        a.   a citizen of the State of _Washington DC_; or

        b.   a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

2

4/15

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B.  (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

__X__ 1.  This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article____, Section____; Statute, US Code, Title 52, Section 30121

_____ 2.  This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

_____ 3.  Other grounds (specify and state any statute which gives rise to such grounds):

III.  Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Defendant contacted (and molested) Plaintiff repeatedly during the past year 2020 (and still in 2021) to do illegal things, like vote for the Democrats, contribute to the Democrats, volunteer for the

3

Democrats and participate in questions in order to support the Democrats' further political proceedings... Plaintiff is not a citizen of the U.S. yet and would do something illegal to follow any request made illegally by the Democrats!

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

As the illegal contacts were made to about 3 Billions of american people, these contact methods need to be banned and the outcome of the presidential election needs to be corrected, as it is a result of illegal methods used to gain votes. These texts were knowingly sent, there were no way to stop these texts. → Therefore damages and punitive damages are applicable

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X]  No [ ]   (see Additional and Informatio) appropri

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [X]  No [ ]

VII. Do you claim punitive monetary damages? Yes [X]  No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

$45 Million as these illegal texts molested and harassed Plaintiff to do something illegal, something that Ms. Lenhardt is not allowed to do (like voting, donating, volunteering.) These illegal messages blocked Plaintiff's private phone, they violated FCC regulations and 52 U.S.C. § 30121 (see evidences attached, EXHIBIT A (14 pages)

6/15

VIII. Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [X] No [ ]

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:
There was a letter of Demand to bring the incident of illegaly contacting people to vote and donate to the Democratic Party to Def. attention - without any respond!

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

_____
_____
_____

IX. Related Litigation:

Please mark the statement that pertains to this case:

    _____ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

    [X] Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

URSULA Lenhardt
Name (Print or Type)

5

7/15

489 S East St.
Address

Mankato, KS 66956
City    State    Zip Code

(785) 282-8422
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ☐ Wichita, ☐ Kansas City  or  ☒ Topeka , Kansas as the location for the
(check one location)
trial in this matter.

URSULA LENHARDT
_U. Lenhardt_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ☒ yes ☐ no .
(check one)

URSULA LENHARDT
_U. Lenhardt_
Signature of Plaintiff

Dated: 1/21
(Rev. 8/07)

6