Ursula Lenhardt
489 South East Street
Mankato, 66956 Kansas
Phone (785) 282-8422
u.lenhardt@gmx.com



FILED

AUG 23 2021

Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **URSULA   LENHARDT** | Case No. 21-4001-DDC-ADM |
| Plaintiff – pro se | |
| vs. | |
| **DEMOCRATIC NATIONAL COMMITTEE, DEMOCRATIC PARTY HQ** | |
| Defendants (et al). | **Motion or Request** <br> **for Entering Default** |

The undersigned Plaintiff individually (pro se), Ursula Lenhardt, moves this Court to enter default as to defendants, The DEMOCRATIC NATIONAL COMMITTEE, DEMOCRATIC PARTY HQ (et al) upon the Complaint and Amended Complaint heretofore filed with the Court and served upon the defendants, the 19th of January 2021 (Original Complaint) and the 29th of March 2021 (for the Amended Complaint) and the Summons of the Amended Complaint served upon Defendants, on 7/29/2021 (doc 17) to be answered until the 19th of August 2021. In accordance with the provisions of Rule 55(a), Federal Rules of Civil Procedure, and in support thereof Plaintiff shows the court the following:

1. Plaintiff filed in the United States District Court, District of Kansas, Topeka, a Complaint alleging certain violations of the TCPA and FCC rules and regulations for political campaign calls and texts. The Court answered this pro se filed complaint with the recommendation to dismiss the complaint with leave to amend.

2.   Plaintiff objected this Courts recommendation the 29th of March 2021 and amended her complaint accordingly - and filed her Objections and her Amended Complaint with the District Court the 29th of March 2021.

3.   On March 29th 2021 a copy of said Objections and Amended Complaint have been served upon Defendants by email **and** by First Class postal mail to defendants address, Democratic Party HQ, 430 S, Capitol St., SE Washington, D.C. 20003 (the Certificate of Service of the Amended Complaint stated the 28th of February 2021, which was an inadvertent typing mistake, in fact the Amended Complaint has been mailed together with Plaintiff's Objections, the 29th of March 2021 and one example was served upon Defendants the same day too).

4.   On 7/29/2021 the court initiated and served the summons of the Amended Complaint including the DNC upon Defendants, Democratic National Committee (doc 17) indicating defendants' answer to be due on 8/19/2021.

5.   After more than 29 days elapsed since the summons have been served on Defendants and Defendants failed to plead or otherwise defend this action – Plaintiff petitions this Court to enter Default upon Defendants, pursuant to Rule 55 a.

## PRAYER

WHEREFORE, plaintiff prays that this Court's clerk enters default against defendants. Plaintiff provided notarized, authentic evidences for Defendants' violations of TCPA rules and regulations of the FCC with her Original Complaint filed 19th of January 2021 – and filed an honest witness-statement of this person that urgently requested the

herbal remedies for his friend, when Plaintiffs cell-phone was paralyzed/blocked due to the high amount of incoming (unwanted) text messages around the last Presidential Election day, hindering Plaintiff to make this phone call or send a text message until the 9th of November 2020 - so this person could not come earlier and pick up these needed herbs for his cancer suffering friend. Plaintiff was harmed thereby as well as by the incoming, unwanted, auto-dialed text messages. Plaintiff also forwarded the evidences for Article III standing with other supporting evidences as for the amount of widely illegal text messages used during this election campaign, and Mr. Joe Biden's personal statement on TV in 2019, affirming the short-code number '30330' as his number used by his 'team-Biden' in support of his presidential election campaign, with her Objections.

## AFFIDAVIT

Pursuant to 28 U.S.C. Section 1746 – plaintiff states and certifies under penalty of perjury that the content of foregoing 'Request for Entering Default' with set forth allegations is true and correct. Executed on 8/20/2021.

s/ Ursula Lenhardt (pro se)
Plaintiff
489 South East Street
Mankato – Kansas
66956
Tel.: (785) 282-8422
email: u.lenhardt@gmx.com

## Certificate of Service

Plaintiff, Ursula Lenhardt hereby states and confirms that a true and complete example of the aforesaid Request for Entering Default (3 pages) has been emailed in advance to the
Office of the Clerk, United States District Court, District of Kansas, Topeka

and mailed per United States First Class Postal Mail, prepaid to:
- United States - District Court, Room of the Clerk 490, 444 S.E. Quincy, Kansas,66683 Topeka
and to Defendants: DNC and Democratic National Party, HQ, 430 S. Capitol St. S.E., Washington D.C. 20003 - this day the 20th of August 2021.

Respectfully submitted:
s/Ursula Lenhardt – Plaintiff (pro se)

U. Lenhardt
489 S.E.
Mankato, KS
66956

WICHITA KS 670
21 AUG 2021 PM 3 L



RECEIVED
AUG 23 2021
CLERK U.S. DIST. COURT
TOPEKA, KANSAS

66683-000299

United States District Court
District of Kansas
Room of the Clerk 490
444 S.E. Quincy
Topeka, KS 66683