TIME RECEIVED          REMOTE CSID          DURATION    PAGES    STATUS
October 28, 2021 at 10:16:33 AM PDT                     287      14       Received

Oct. 28. 2021 12:12PM    Mankato Library

— by fax to I No. 0109 p. 1 ?
14 pages
and
— to the DNC - DNP HQ

Ursula Lenhardt

489 South East Street

Mankato, 66956 Kansas

Phone (785) 534-3795

u.lenhardt@gmx.com


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS


| | |
|---|---|
| URSULA LENHARDT | Case No. **5:21-cv-4001-DDC-ADM** |
| Plaintiff (pro se) | |
| vs. | |
| DEMOCRATIC NATIONAL COMMITTEE of the | Plaintiff's first **MOTION FOR DEFAULT FINAL JUDGMENT** |
| DEMOCRATIC NATIONAL PARTY HQ | |
| Defendant. | |


MOTION FOR DEFAULT JUDGMENT

Plaintiff moves this court for a judgment by default pursuant Rule 55(b)(1) in this action, and shows

1) that the original complaint in the above sided case was filed in this court and served on Defendant on the 19th day of January 2021 (**doc1**),

2) the **Amended Complaint (doc 11)** was filed and served on Defendant the 29th of March 2021;

3) the summons and the **Amended Complaint** were duly served on the Defendant, DEMOCRATIC NATIONAL COMMITTEE of the DEMOCRATIC NATIONAL PARTY HQ on the 29th day of July 2021 (**doc 17**);

4) no answer or other defense has been filed by the Defendant;

4) default was entered in the civil docket (**doc 21**) in the office of this clerk on the 20th day of September 2021;

5) no proceedings have been taken by the Defendant since the default was entered;

6) Defendant was not in military service and is not an infant or incompetent as appears in the declaration of URSULA LENHARDT submitted herewith.

7) Plaintiff also send a **written notice** to Defendant with 'Clerks Entry of Default' attached, the 6th of October 2021 by fax – and of her **intention to motion for Default Judgment**, the 6th of October 2021,(**see Attachment 1**) by certified mail with return receipt – to inform Defendant, accompanied by the Clerk's '**Entry of Default**' of the 20th of September 2021 (**see Attachment 1 - Notice to the Democratic National Committee, pursuant L.R. 55.1(a)(1)**) - return receipt was returned the 20th of October 2021 (**see attachment 1**);

8) defendant did not answer or object this notice either.

9) There is no objection to the Entry of Default Final Judgment.

10)     Wherefore, plaintiff moves that this court make and enter a judgment that reliefs Plaintiff for Defendant's

    Count 1. **(Gross-)Negligent Violations** of the Telephone Consumer Protection Act 47 U.S.C. Paragraph 227(b), pursuant to *47 U.S.C. § 227(b)(3)(B)*, of $ 500.00 per violation, plus an award for the additional stress, pain and suffering (as supported by evidence of a witness-statement, forwarded and filed with the court (doc15, attachment A)), Plaintiff had to endure as a result of Defendants gross-negligence in violation of above sided provisions of at least an additional $1,000.00 for each and every violation.

(For the time of 07/20/2020 - 11/04/2020)

Award for First Cause of Action per violation = $ 1,500.

Which, multiplied by 120 proven violating messages    =                    **$180,000.00**

**for the First Cause of Action of (gross)negligent violation**

**of the TCPA and FCC rules and regulations.**

Count **2. Knowing and/or Willful Violations** of the Telephone Consumer Protection Act in accordance with violation of the FCC rules and regulations for political campaign calls and texts, Plaintiff is entitled to triple damages for 120 proven violations, (for the time of 07/20/2020 - 11/04/2020) which is
$ 1,500.00 X 3 = 4,500.00 X 120   =                              **$540,000.00**
**for the Second Cause of Action of Knowingly and/or Willful violation of the TCPA and FCC rules and regulations.**            ----------------------

plus interests (and costs of this action payable to the court) as provided by law and for what ever additional costs the court deems just and proper.

11) The total amount is payable by defendant within 14 days after judgment is entered, by prepaid visa card (with sealed pin-number mailed separately) by certified mail to Plaintiff, at Plaintiff's address: Ursula Lenhardt, 489 South East Street, Mankato, Kansas 66956.

Count 3. **Plaintiff is further entitled to injunctive relief, and demanded with her amended complaint, that Defendant be prohibited in future enjoining such a conduct, of violating the TCPA and FCC rules and regulations, thereby inventing peoples' privacy without their consent and harming people.**

12) Plaintiff's above sided requested relief (count 1-3) is identical to Plaintiff's 'Prayer for Relief' of the Amended Complaint (**doc 11**).
**Attachment 2** is the notarized Affidavit (declaration) in Support of this 'Motion for Default Final Judgment', pursuant Rule 55.1(b)(1).
**Attachment 3** is Plaintiff's draft of the proposed 'Default Final Judgment'.

Submitted respectfully,
s/Ursula Lenhardt / Plaintiff pro se
489 South East Street
Mankato, Kansas 66956
email: u.lenhardt@gmx.com
phone: (785) 534-3795

## Certificate of Service:

Plaintiff, Ursula Lenhardt hereby honestly states and confirms that a true and correct example of the aforesaid "Motion for Default Judgment", (including attachments 1 to 3), has been served upon Defendants, DEMOCRATIC NATIONAL COMMITTEE of the DEMOCRATIC NATIONAL PARTY HQ, Washington DC. by FAX, this day the 25t[th] of October 2021.

submitted respectfully,
s/Ursula Lenhardt / Plaintiff pro se
489 South East Street
Mankato, Kansas 66956
email: u.lenhardt@gmx.com
phone: (785) 534-3795

## List of Attachments:

1) Notice to the DNC 10/06/2020, with ATTACHED 'Entry of Default – and prove of service upon defendant pursuant L.R. 55.1(a)(1) by fax and certified mail;
2) Notarized Affidavit (declaration) persuant Rule 55.1(b)(1);
3) Proposed 'Default Final Judgment'.

s/ Ursula Lenhardt (Plaintiff, pro se)