# Attachment - 3 -

# Proposed 'Default Final Judgment'
in support
of Motion for Default Final Judgment
case: 5:21-cv-4001-DDC-ADM
3 pages

respectfully submitted,

s/ Ursula Lenhardt, Plaintiff
489 S. East Street
Mankato, KS 66956
email: u.lenhardt@gmx.com
phone: (785) 534-3795

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| URSULA   LENHARDT | Case No. **5:21-cv-4001-DDC-ADM** |
| Plaintiff (pro se) | |
| vs. | |
| DEMOCRATIC NATIONAL COMMITTEE of the | |
| | **DEFAULT  FINAL JUDGMENT** |
| DEMOCRATIC NATIONAL PARTY HQ | |
| Defendant. | |

## DEFAULT  FINAL JUDGMENT

The defendant DEMOCRATIC NATIONAL COMMITTEE of the DEMOCRATIC NATIONAL PARTY HQ, having failed to appear, plead or otherwise defend in this action, and default having been entered on September, 20th 2021; notice with an example of Clerk's Entry of Default' having been mailed to defendants, on October, 6th 2021 by fax and certified mail with return receipt the same day, 6th of October 2021, in order to inform defendant of plaintiff's intention to motion for Default Final Judgment - and plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and affidavit (declaration) in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of plaintiff URSULA LENHARDT and against defendant DEMOCRATIC NATIONAL COMMITTEE of the DEMOCRATIC NATIONAL PARTY HQ, as follows:

Monetary damages for First- and Second Cause of Action: $ 720,000.00 – payable within 14 days by a prepaid visa card with a sealed pin-code, separately mailed registered with return receipt by US postal mail or by Fedex to plaintiff's residential address:
URSULA LENHARDT, 489 South East Street, Mankato, Kansas 66956;
for **Gross-Negligent Violations** of the Telephone Consumer Protection Act 47 U.S.C. Paragraph 227(b), pursuant to 47 U.S.C. § 227(b)(3)(B), and for
**Knowing and/or Willful Violations** of the Telephone Consumer Protection Act in accordance with violation of the FCC rules and regulations for political campaign calls and texts, pursuant to *47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227 (b)(3)(c).*
Plus interest on the judgment at the legal rate until the judgment is satisfied.

    Further it is ordered that defendant is prohibited in engaging in such a conduct again in future,

Clerk of Court

## Certificate of Service:

Plaintiff, Ursula Lenhardt hereby honestly states and confirms that a true and correct example of the aforesaid "Default FINAL Judgment", has been served upon Defendants, DEMOCRATIC NATIONAL COMMITTEE of the DEMOCRATIC NATIONAL PARTY HQ, Washington DC.

by FAX, this day the 25t<sup>th</sup> of October 2021 – with Plaintiff's Motion for Default Final Judgment; and Affidavit as requested by law,

submitted respectfully,

s/Ursula Lenhardt / Plaintiff pro se

489 South East Street

Mankato, Kansas 66956

email: u.lenhardt@gmx.com

phone: (785) 534-3795