# United States District Court

## ------------------------- DISTRICT OF KANSAS----------------------------

URSULA LENHARDT,

        **Plaintiff,**

v.                                     **Case No. 21-4001-DDC-ADM**

DEMOCRATIC NATIONAL COMMITTEE,

        **Defendant.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the court.  This action came before the court.  The issues have been considered and a decision has been rendered.

**Consistent with the Memorandum and Order (Doc. 24) filed on January 12, 2022, plaintiff's Motion for Default Judgment (Doc. 22) is granted in part and denied in part.  The court directs the Clerk of the Court to enter Default Judgment against defendant Democratic National Committee in the amount of $60,000, plus post-judgment interest.  Also, plaintiff may apply to receive costs by complying with the procedure for filing a bill of costs under D. Kan. Rule 54.1.**

      01/12/2022                         SKYLER B. O'HARA
         Date                              CLERK OF THE DISTRICT COURT

                                           by:   s/ Megan Garrett
                                               Deputy Clerk

                                         APPROVED BY

                                       s/ Daniel D. Crabtree
                                       Daniel D. Crabtree
                                       United States District Judge