Ursula Lenhardt
(Plaintiff pro se)
489 South East Street
Mankato, KS 66956
email: u.lenhardt@gmx.com
phone: (785) 534-3795



FILED

JAN 24 2022

Clerk, U.S. District Court
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| URSULA LENHARDT | |
| Plaintiff (pro se) | case number:<br>21-4001-DDC-ADM |
| vs. | |
| DEMOCRATIC NATIONAL COMMITTEE<br>of the<br>DEMOCRATIC NATIONAL PARTY HQ | **APPLICATION FOR<br>REIMBURSEMENT<br>'BILL OF COSTS'** |
| Defendant | |

**Plaintiff's Application to receive reimbursement 'Bill of Cost'**

Pursuant to Rule 54.1 Plaintiff Ursula Lenhardt submits her 'Bill of Costs' (**EXHIBIT A**) in receipt of the Default Judgment (doc 25) to above sided case number.

In compliance with the Rule, Plaintiff also encloses an Affidavit (**EXHIBIT B**) and a brief Memorandum to billed item 1) of 'Bill Of Cocts' - in support of her application to receive her costs in this case pursuant D.Kan.Rule 54.1.

submitted respectfully,      s/Ursula Lenhardt

(Plaintiff pro se)
489 South East Street
Mankato, KS 66956
email: u.lenhardt@gmx.com
phone: (785) 534-3795

## Certificate of Service

Plaintiff Ursula Lenhardt states and honestly confirms that a true and complete example of aforesaid 'Bill Of Costs' document (5 pages), plus one example of 'Default Judgment' (doc 25) has been forwarded to Defending Party, the

**Democratic National Committee for the**
**Democratic National Party HQ**
**430 South Capitol Street**
**SE WASHINGTON DC  20003**

by First Class US-Postal Mail, prepaid, this day, the 20th of January 2022.

respectfully submitted,

s/ Ursula Lenhardt
Plaintiff (pro se)
489 South East Street
Mankato, KS 66956
email: u.lenhardt@gmx.com
phone: (785) 534-3795