EXHIBIT - - -   A   - - -

Case Number **21-4001-DDC-ADM**
Lenhardt vs. DNC of the Democratic National Party HQ

### PLAINTIFF'S BILL OF COSTS

**1)** **Recoverable costs of legal translations during research**
**and preparation necessary for pro se Plaintiff to initiate and file this civil**
**lawsuit and follow through this litigation.**
**Duration: November 2019 until 12th of January 2022,**
**13 months 'a 4 weeks plus one month a 2 weeks,**
**of at least `~10 hours a week**
**= 540 hours 'a $ 15.70 per hour     =                    $      8,422.00**

(Pro se Plaintiff (German citizen) was not able to use any legal library or a translator
as there is no such library or translator in Plaintiff's town and
Plaintiff had no car to drive to use such a library or translator.
Plaintiff had to walk some miles to the community library of her city
during Winter or Summer (with sometimes dangerously cold winds or
deadly hot temperatures) to at least use a reliable internet-connection
to look up and obtain the needed information, read /translate them at
home in order to write any documents and file this lawsuit as
needed in this case; therefore Plaintiff also had to obtain a new, more detailed Dictionary
which **is not included** in this 'Bill Of Costs').


**2)** **Costs for telephone**
**(incl. buying a new cellular phone and plan)**
**used in this case,**
**faxes a' $ 5.00, postage/stamps for**
**certified mail to defendant**
**and first class postal mails to defendant and**
**the court                                     =     $        127.00**

**3)** **Copies/prints for the entire documents with evidences**
**filed with the court, served upon Defendants and for**
**Plaintiff's own records of $ 0.10 per page ~ 280 pages   = $        28.00**

**4)** **Envelopes used  2 pks. a $ 1.95              =     $          3.90**

**Costs Total          as of 1/17/2022             =     $     8,580.90**

========================================================================

submitted respectfully,      s/ Ursula Lenhardt

(Plaintiff pro se)
489 South East Street
Mankato, KS 66956
email: u.lenhardt@gmx.com
phone: (785) 534-3795

# EXHIBIT - - -   B   - - -

# AFFIDAVIT – EXHIBIT   --- B ---

## in support of Plaintiff's 'Bill Of Costs'
## case-number:  21-4001-DDC-ADM

Pro se Plaintiff  Ursula Lenhardt honestly states and confirms that all items billed in aforesaid 'Bill of Costs' (Exhibit - A -) have been used and were necessary in order to file this lawsuit and to go thru the process of this litigation.

Respectfully submitted,

s/ Ursula Lenhardt

Plaintiff (pro se)

489 South East Street

Mankato, KS 66956

email: u.lenhardt@gmx.com

phone: (785) 534-3795