Ursula Lenhardt, Plaintiff,
489 South East Street
Mankato, KS 66956
email: u.lenhardt@gmx.com
tel.: (785)534-3795

## United States District Court

## For the District of Kansas

Ursula Lenhardt
      Plaintiff                        case No: **5:21-cv-04001**

Democratic National Committee HQ      **Request for a Hearing in**
                                                     **Aid of Execution**

of the Democratic National Party
      Defendant                        **To: Honorable Judge**
                                                      **Daniel Crabtree**

_____

### Request for a Hearing in Aid of Execution

Plaintiff Ursula Lenhardt requests **an enforceable Order** for a

**'Hearing in Aid of Execution'** 1)

for the collection of the **clarified** Judgment, **based** on the decision made in this court,

the 12th of January 2022, to above sided case number, **5:21-cv-04001 (doc# 25).**

_____

**1) Oijn  61-3604. Hearing in aid of execution.** (a) As an aid to the collection of a judgment, the judgment creditor is entitled to have an order for a hearing in aid of execution issued by the court at any time after 14 days after judgment. There is no requirement that an execution first be issued and returned unsatisfied. No application for such order needs to be filed except as specially required in this section.

    (b) An order for a hearing in aid of execution may be issued at the request of a judgment creditor in an individual case or by a master request covering more than one case, and shall require the judgment debtor to

As the law provides that witnesses may also be subpoenaed to testify at the hearing (OR AT A VIDEO- or TELEPHONE CONFERENCE) – Plaintiff with respect to Defendants' totally contemptuous behavior during this litigation, with regard to the efforts of the court as well as to Plaintiff's rights violated (Defendants were informed by Plaintiff and by the court about every step of this litigation and did not bother to appear at all. Further are the rules and regulations violated by Defendants for Hundreds of Millions, if not Billions of time, proof and evidence by indication enough to assume that Defendants notoriously treat the American people with contemptuous disregard, inventing peoples privacy without their consent and thereby treating their own people, like <u>they were no respectable people</u>).

Therefore and as Defendants clearly became to know during this litigation, that illegal methods were used to gain votes and win the presidential elections, they should have reacted accordingly to the allegations (they should have been outraged to realize that the elections were stolen or that their victory was an ill gotten success). But no such decent reaction occurred – Which is proof that Defendants violated the rules and regulations not just knowing- and willingly, **but also intentionally.** Further is it a well known fact, that the TCPA was enacted in 1991 (it is therefore also called the '91-Telephone Consumer Protection Act, and the FCC have been challenged in court in 2012 and 2016 (please see to Plaintiff's **Amended Complaint**, Plaintiff mentioned both, the 2012 and 2016 examples). Defendants clearly knew about the violations and they intentionally and willfully violated these Rules. This all became clear during and significantly **after** this litigation, as defendants continue their contemptuous ignorance – and failed to pay for the awarded Judgment. The Judgment with doc 25 has been served upon Defendants immediately by email to info@JoeBiden.com on or a day after the 12th of January 2022 and about 10 times more (by first class US-postal-mail, prepaid and by email and fax to the Democratic National Committee HQ, in Washington DC – the Judgment and a reminder (about 3 times) - until today the 4/20/2022). _____

(...1) either: (1) Contact the judgment creditor or attorney prior to the date set for the hearing to furnish information under oath or penalty of perjury concerning the judgment debtor's property and income; or (2) appear and furnish information under oath or penalty of perjury when required by the court concerning the debtor's property and income before the court at a time and place specified in the order within the county where the court is situated. The court may cancel the hearing if the judgment debtor has furnished to the judgment creditor satisfactory information concerning the debtor's property and income prior to the date and time for the hearing. Witnesses may also be subpoenaed to testify at the hearing.

   (c) If the judgment debtor resides in another county in this state or outside of this state, the court can order such judgment debtor to appear if the court finds that it will not cause undue hardship on the judgment debtor to appear.

(d) It shall be the duty of the judge to assist in the enforcement of the judgments of the court. To this end, at any hearing in aid of execution, when the existence of any nonexempt property of the judgment debtor is disclosed, the court shall order the judgment debtor to deliver the property to the sheriff or a duly appointed process server. If the property is other than currency, the property shall be sold in the same manner as other property taken under execution is sold and the proceeds from the sale shall be applied to the judgment and costs.

Resuming above sided reasons and facts, Plaintiff finds that the relief thought with this court's judgment (doc 25) is no longer adequate, and asks this court to clarify the awarded relief accordingly, and to triple the damages plus interests to be awarded to plaintiff, pursuant applicable and rules and in accordance with the cases cited with this Court's Memorandum and Order before Default Judgment was entered.

Defendants used illegal methods to gain votes and win the elections, they literally enjoy 'driving around in a stolen car' ...and are damaging as much as they can. If we look at the world's situation, with Russia's nuclear weapon (thanks Mr. Joe Biden's **unfounded** but intentional provocations), already on high-alert and activated to be launched towards the American continent…, it is a poor and sad situation these Defendants' incompetence, regarding their political agitations and decisions, are channeling this country and the world into…it all talks of total contempt, arrogance, ignorance and intentional discrimination towards life and civilization on this planet.

Therefore Plaintiff under these circumstances finds it reasonable to have the Judgment clarified and to have the original Defendants ordered to be subpoenaed and to testify, in order to either provide sufficient information to execute the awarded and clarified Judgment (like financial information, sufficient Bank Account of the DNC to be levied) – or else initiate the payment of the **clarified** Judgment plus interests in full to Plaintiff Ursula Lenhardt before the date of the hearing.

Further wishes plaintiff that Defendants be ordered as for this case - to apologize for their misconducts – also with respect to their notorious contemptuous neglect of the efforts of the court, of the rules and regulations they violated Millions, if not Billions of times, and to peoples' and plaintiff's interest and rights of being treated like human beings and live in peace and safety - here in the United States, also towards the Russian government and population and throughout the world. Defendants inflicting a situation, to say it briefly, that puts the entire world-population under severe emotional distress – by threatening to irresponsibly harm everyone and every life on planet! What more of life-threatening dishonesty, terror and contempt can anyone ask for? Defendants need to apologize publicly!

Plaintiff names the persons to be **enforceably ordered** to testify **on behalf of the D N C of the Democratic National Party HQ** - as follows:

**Mr. Joe Biden,**
**Kamala Harris.**
**Barack Obama,**
**Hilary Clinton and**
**Elizabeth Warren.**

Pursuant the rules of procedures is service upon these persons for the defending party- to the Democratic National Committee's address in Washington DC – by First Class Postal Mail, registered, with return receipt - sufficient.

Submitted respectfully,
s/ Ursula Lenhardt
489 South East Street
Mankato, Kansas 66956
email: u.lenhardt@gmx.com
phone: (785)534-3795
4/12/2022

## Certificate of Service:

Plaintiff Ursula Lenhardt states and confirms that a true example of before-sided **Request for a Hearing in Aid of Execution** of 4 pages has been forwarded to the defending party, The Democratic National Committee of the Democratic National Party, HQ
430 South Capitol Street
S.E. Washington DC, 20003

a) by Email to info@JoeBiden.com this day 4/20/2022 - and
b) by First Class Postal Mail, registered with return receipt to the DNC HQ, in Washington DC 20003 this day the 4/20/2022.

s/ Ursula Lenhardt (Plaintiff / Judgment creditor)

Case 5:21-cv-04001-DDC-ADM   Document 30   Filed 04/21/22   Page 5 of 5