IN THE UNITED STATES DISTRICT COURT

DISTRIC OF KANSAS

URSULA LENHARDT,

    Plaintiff,

V.                                         CASE NO. 21-4001-DDC-ADM

DEMOCRATIC PARTY HQ, et al,

    Defendant.

## **ENTRY OF APPEARANCE**

COME NOW Pedro L. Irigonegaray, Jason A. Zavadil, and J. Bo Turney, of Irigonegaray, Turney, & Revenaugh, L.L.P., and enters their appearance on behalf of the Defendant, DNC, in the above-captioned matter.

                                                      Respectfully Submitted,

*/s/ Jason A. Zavadil*
Pedro L. Irigonegaray, #08079
Jason A. Zavadil, #26808
J. Bo Turney, #26375
Irigonegaray, Turney,
& Revenaugh, L.L.P.
1535 SW 29th St
Topeka, KS 66611
785.267.6115 (p)
785.267.9458 (f)
jason@itrlaw.com
Attorney for Defendant