**GMX**

## Hearing in Aid of Execution dated for 8/17/2022 has been canceled - case 5:21-cv-04001

| | |
|---|---|
| From: | "Ursula" <u.Lenhardt@gmx.com> |
| To: | ksd_crabtree_chambers@ksd.uscourts.gov |
| Date: | Aug 17, 2022 5:16:36 PM |

Honorable Judge Daniel Crabtree,

for above sided case a 'Hearing in Aid of
Execution' were scheduled for 8/17/2022 and canceled today.
The judgment debtor was to provide his information
to aid the execution of the judgment of the 12th of January 2022.

As the pro se Plaintiff and judgment creditor, I did not
appear for the hearing (I did not know I would have to
appear for that Hearing - see info-sheet and citing below
regarding the proceedings for that hearing - that was all information
that Plaintiff could obtain as a pro se litigant). It says that
the judgment debtor has to appear for this hearing - nothing
about the judgment creditor - which seems logical as the
information requested to be provided are the defending
partie's, the judgments debtor's information
- not any of the Plaintiff's.

"An order for a hearing in aid of execution **shall require the judgment debtor** to appear and answer
concerning the debtor's property and income, before the judge, or a referee appointed by the judge, at a time
and place specified in the order, within the county where the court is located."

http://www.kslegislature.org/li_2020/b2019_20/statute/060_000_0000_chapter/060_024_0000_article/060_024_0019_section/060_024_0019_k/#:~:text=An%20order%20for%0

If Plaintiff is requested to appear for that Hearing in Aid of
Execution, please kindly understand that Plaintiff misunderstood - and
please
set up a new date for this hearing - plaintiff had no idea that she should
appear
for todays hearing and thought that the defendants can forward their
information without plaintiff's presence.

Please also kindly consider that Plaintiff has to drive from
Mankato
to Topeka and it might be helpful to set the time for the hearing
at 11-11.30 a.m. - it is a 4-5 hours ride,

submitted respectfully,

s/Ursula Lenhardt
489 South East Street
Mankato, KS 66956
email: u.lenhardt@gmx.com
phone: (785) 534-3795

*U. Lenhardt* (Plaintiff Judgment Creditor)

Certificate of Service:

Above sided email has been forwarded to defendants
by email: jason@itrlaw.com, today, Aug. 17, 2022.

dto. *U. Lenhardt*

Lt. Lenhardt
489 S.E. St
Mankato,
66956 Kansas

RECEIVED
AUG 22 2022
U.S. DIST. COURT
TOPEKA, KANSAS

55553-00259

Honorable Daniel Crabtree
United States
District Court
District of Kansas
444 S.E. Quincy

66683 Topeeka, Kansas