Ursula Lenhardt
Plaintiff – pro se
489 South East Street
Mankato, KS 66956
email: u.lenhardt@gmx.com
phone: (785) 534-3795

FILED
SEP 06 2022
Clerk, U.S. District Court
By: A. Schur  Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

case number: 5:21-cv-04001
Ursula Lenhardt vs. DNC Democratic Party

## NOTICE TO THE COURT

Plaintiff Ursula Lenhardt hereby states and confirms the receipt of Defendant's payment for the amount which the court rendered with the Judgment, the 12th of January 2022. Plaintiff could not find any sources confirming the by Defendants applied Post-Judgment interest-rate yet. Plaintiff confirms therefor the payment of the Minimum-Damages as set out with the Judgment of this case, the 12th of January 2022.

Submitted respectfully,
s/Ursula Lenhardt (Plaintiff)
489 South East Street
Mankato, KS 66956
email: u.lenhardt@gmx.com
phone: (785) 534-3795

### Certificate of Service

Plaintiff, Ursula Lenhardt states and confirms that one example of above sided 'Notice to the Court' has been forwarded by email to Defendant's counsel, today, 9/1/2022.

s/ Ursula Lenhardt (Plaintiff)