Ursula Lenhardt
489 South East Street
Mankato
Kansas, 66956
email: u.lenhardt@gmx.com
phone: (785)534-3795
9/22/2022



FILED
SEP 27 2022
Clerk, U.S. District Court
By: _____ Deputy Clerk

## United States District Court
## for the District of Kansas

Ursula Lenhardt
    (Plaintiff and
Judgment Creditor) pro se

vs.                                                **case no: 5:21-cv-04001**

Democratic National Party
(DNC)
    Defendant

### Request to correct the by Defendant applied weekly Post-Judgment-Interest Rate of 0.41% - into the correctly accrued annual Interest Rate of 21.32% for 52 weeks

Pursuant 28 U.S.C.1968 and the by the Court granted Post-Judgment Interests (doc 25), Plaintiff respectfully asks the court (with one example of this document served to defendants attorney) to correct the by defendants applied Post-Judgment-Interest-Rate into the accurately accrued rate of 21.32% for one year. Defendants did not accrue the weekly rate of 0.41%, they just applied the weekly rate for the annual interests. The language of the law does not term the weekly interest rate as the interest rate per annum. The law requests this weekly rate to be accrued for a year.

Following this, Defendants need to pay the difference in Post Judgment Interests
of $ **7,558.40** for 218 days (check arrived the 18th of August 22)
to Plaintiff, Ursula Lenhardt, as they only paid about $146.26 for 217 days only for the amount of the Judgment of $ 60,000.00 (Judgment from the 12th of January 2022, doc 25).

The Court granted and guaranteed these Post-Judgment Interests in accordance with the rules - for the Judgment rendered the 12th of January 2022(doc 25).

Plaintiff already forwarded her doubt regarding the correctness of the by defendants applied interest-rate – defendant's counsel ignored Plaintiff's doubt - and therefore Plaintiff respectfully asks the court to order defendants to pay the above sided difference amount – or else to proceed with the 'Hearing in Aid of Execution'.

Submitted respectfully
s/Ursula Lenhardt (Plaintiff, Judgment Creditor)
489 South East Street
Mankato, KS 66956
email: u.lenhardt@gmx.com
phone: (785) 534-3795

**Certificate of Service:** Plaintiff honestly states that a true and complete example of above sided document has been forwarded to defendant's counsel by email, this day the 22nd of September 2022.

s/Ursula Lenhardt (dto.)