IN THE UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

URSULA LENHARDT,

    Plaintiff,

v.                                                      CASE NO. 21-CV-4001

DEMOCRATIC PARTY HQ, et al,

    Defendants.

## **RESPONSE TO REQUEST TO CORRECT THE POST-JUDGMENT INTEREST RATE**

COMES NOW DNC Services Corp., by and through its attorney Jason A. Zavadil, and in response to Plaintiff's "Request to correct the [sic] by Defendant applied weekly Post-Judgment-Interest Rate of .041% into the correctly accrued annual Interest Rate of 21.32% for 52 weeks" states:

    1.    Pursuant to 28 U.S.C. § 1961(a), post judgment interest is "calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield . . . for the calendar week preceding the date of the judgment."

    2.    Interest is computed daily from the date of judgment to the date of payment, but is compounded annually. 28 U.S.C. § 1961(b).

    3.    Judgment was entered in this matter on January 12, 2022. ECF No. 25.

    4.    The weekly average 1-year constant maturity Treasury yield for the calendar week preceding the date of judgment—the week ending on January 7, 2022—

was .41%. *See* H.15 Selected Interest Rates, Board of Governors of the Federal Reserve System Data Download Program, *available at* https://www.federalreserve.gov/datadownload/Choose.aspx?rel=H15

5. The amount of the judgment is $60,000. ECF No. 25. Annual interest on $60,000 at an annual rate of .41% is $246.

6. Dividing $246 by 365 days results in a daily interest rate of $0.67 per day.

7. DNC Services Corp. satisfied the judgment on August 17, 2022, by sending, via FEDEX overnight delivery, a check for $60,146.26. 217 days therefore elapsed between the date of the judgment and the date of payment.

8. Multiplying $0.67 by 217 days results in a total accrued interest of $146.26.

9. DNC Services Corp. properly satisfied the entire amount of the judgment plus interest by remitting $60,146.27 to Plaintiff.

WHEREFORE, DNC Services Corp. respectfully requests that the Court (1) deny Plaintiff's request to order DNC Services Corp. to pay an additional $7,558.40 or proceed with a Hearing in Aid of Execution, and (2) deem the judgment, ECF No. 25 satisfied.

Respectfully Submitted,

*/s/ Jason A. Zavadil*
Pedro L. Irigonegaray, #08079
Jason A. Zavadil, #26808
J. Bo Turney, #26375
Irigonegaray, Turney,
& Revenaugh, L.L.P.
1535 SW 29th St
Topeka, KS 66611
785.267.6115 (p)

                                                            785.267.9458 (f)
                                                            jason@itrlaw.com

Attorney for Defendant