Ursula Lenhardt
489 South East Street
Mankato, KS 66956
10/07/2022



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

URSULA LENHARDT
Plaintiff

vs.

DEMOCRATIC NATIONAL PARTY
DNC
Defendant.

Case-No. 5:21-cv-04001

**Plaintiff's response to Defendant's answer -
with updated amount due**

## Plaintiff's Response to Defendant's Answer

Plaintiff Ursula Lenhardt refers to and repeats her request filed with the Court the 27th of September 2022. Plaintiff was granted a money award by Default Judgment of $ 60,000 plus Post-Judgment interest, the 12th of January 2022 (doc. 25) in above sided case.

Plaintiff **received** Defendant's check of $ 60,146.26, - 218 days after the Judgment was rendered, the 18th of August 2022. Defendant's counsel calculated $146.26 as for Post-Judgment interests for 217 days (that is one day less calculated than requested by law, as the relevant date is the date when a judgment creditor receives the money, not the day when the debtor mails out the check – defendant's counsel calculated with a weekly interest rate of 0.41% instead of the annual interest rate of 21.32%).

Further (as also written in Plaintiff's last document) did Defendant's use the distinguished weekly interest rate as it would be the annual interest rate. It is logical that a certain amount of money borrowed or withhold for a week costs lesser interest than the same amount of money borrowed or withhold for a year. Therefore the

distinguished weekly interest rate needs to be multiplied by 52, because a year consists of 52 weeks. This way we correctly accrue a weekly interest rate into a yearly interest rate. (This is the step that defendant's counsel just skipped in his calculation). From this yearly or annual interest rate percentage we can determine the **amount** of interest for a year (which consists of 365 days) – and therefrom we get to the daily interest by dividing this amount through 365. This daily interest amount needs (in this case) to be multiplied by 218 (the time that it took until Plaintiff **received** Defendant's check was in fact 218 days) - and the result therefrom is the correctly calculated Post Judgment interest that the Court entitled Plaintiff to receive by the Defendant (doc. 25).

Plaintiff respectfully asked and asks the court to order the Defendant to pay the missing difference amount in Post-Judgment interests = **$ 7,493.89 (paid $146.26 has been subtracted), plus the interest on this missing amount of $ 262.64, calculated per diem for 60 days now, since the 18th of August 2022** - which updated results in

$ 7,756.53 due

if paid until the 17th of October 2022 – and to dismiss Defendant's answer, because Defendant's counsel miscalculated the Post-Judgment interests in this case to Plaintiff's disadvantage, unfortunately to the effect that it does not even comply with the purpose of Post-Judgment interests anymore.

Submitted respectfully,

s/ Ursula Lenhardt
Plaintiff (pro se)
489 South East Street
Mankato, Kansas 66956
email: u.lenhardt@gmx.com
phone: (785) 534-3795

### Certificate of Service:

Plaintiff honestly states and confirms that a true and complete example of before sided document of 2 pages has been forwarded (served) on defendant's counsel by email, this day the 10/07/2022.

s/Ursula Lenhardt (dto.)